Jimmy Elwin NEWTON et al., Appellants,

v.

The STATE of Texas, Appellee.

No. 37134.

Court of Criminal Appeals of Texas.

Oct. 21, 1964.

---

Robert B. Billings, Dallas, for appellant.

Henry Wade, Dist. Atty., Ben F. Ellis and C. M. Turlington, Asst. Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

This is an appeal in a bond forfeiture case.

There is nothing in the record showing that a brief has been filed in this Court as required by the Rule 414, Rules of Civil Procedure.

Failure to comply with such rule will result in the dismissal of the appeal. Rule 415 R.C.P.; Sherrill v. State, Tex.Cr.App., 375 S.W.2d 721, and cases cited.

The appeal is dismissed.